# UNITED STATES BANKRUPTCY COURT
## Northern District of Indiana
### South Bend Division

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>Rafael Cruz<br>xxx–xx–6713<br>6530 North Filbert Road<br>Bremen, IN 46506 | )<br>)<br>)<br>) Case Number: 13–31574–hcd<br>)<br>)<br>)<br>)<br>)<br>) Chapter: 7<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE TO ALL CREDITORS

NOTICE IS HEREBY GIVEN that this case was closed on the 18th day of September, 2013 without the entry of a discharge for Rafael Cruz because the debtor(s) failed to file a statement regarding the completion of a course in personal financial management as required by Fed. R. Bankr. P. 1007(b)(7).

Dated: September 18, 2013 .

Christopher M. DeToro
_____
Clerk, United States Bankruptcy Court
401 South Michigan Street
South Bend, Indiana 46601

Document No. 17